# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

REBECCA DELUNA O/B/O, D.J.D., A MINOR CHILD,

    *Plaintiff*

v.

CAROLYN W. COLVIN, Acting Commissioner for Social Security,

    *Defendant*

Civil Action No. 1:16-CV-03021-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED.
Defendant's Motion for Summary Judgment (ECF NO. 17) is DENIED.
Judgment is entered for Plaintiff.
This matter REMANDED for immediate payment of benefits.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROBERT H. WHALEY on motions for Summary Judgment (ECF Nos. 14 and 17)

Date: 10/24/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
    *(By) Deputy Clerk*

Allison Yates